CHEMICAL CO. v. LACKEY.

(Filed November 22, 1905).

*Premature Appeal—Reference.*

An appeal from an order of re-reference of a case to the referee to find a fact which the court deemed material, is premature and will be dismissed.

ACTION by Southern Chemical Company against C. A. Lackey and another, pending in the Superior Court of ALEXANDER, and heard by *Judge Jas. L. Webb* by consent, at Lenoir, upon the report of the referee and exceptions thereto. From an order of re-reference, the plaintiff appealed.

*L. M. Swink* for the plaintiff.
*R. Z. Linney* and *J. L. Gwaltney* for the defendants.

*Per Curiam:* Upon the hearing of the exceptions to the referee's report, the court ordered a re-reference to the referee to find a fact which the court deemed material. From this order the plaintiff appealed. The appeal is premature. Some things are settled and this is one of them. The appeal is dismissed. *Wallace v. Douglas,* 105 N. C., 42.

Appeal Dismissed.